AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

United States Courts
Southern District of Texas
FILED

JUL   1 2015

David J. Bradley, Clerk of Court

In the Matter of the Search of

*(Briefly describe the property to be searched or identify the person by name and address)*

United States Express Mail parcel EK881105558US, addressed to Alex Monroe, 2611 Greenberry Circle, College Station, TX 77845

)
)
)
)
)
)

Case No.     H15-932 M

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

United States Express Mail parcel EK881105558US, addressed to Alex Monroe, College Station, TX 77845, currently being held in the Postal Inspection Service offices located at 4600 Aldine Bender,

located in the _____ Southern _____ District of _____ TX _____ , there is now concealed *(identify the person or describe the property to be seized)*:

Contraband, controlled substances, narcotics, narcotics paraphernalia and/or proceeds

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) | Distribution of a controlled substance. |
| 21 USC 846 | Attempt and conspiracy. |

The application is based on these facts:

The facts to support a finding of probable cause are contained in the attached Affidavit and made a part hereof.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Ronald Corley, United States Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7-1-15

City and state: Houston, Texas

_____
*Judge's signature*

Mary Milloy, United States Magistrate Judge
*Printed name and title*

*AUSA Sharad S. Khandelwal*
*713-567-9345*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In the Matter of the Search of:      §
                                     §
**United States Postal Service Express**      §      NO. _____
**Mail Parcel EK881105558US.**       §
                                     §
                                     §

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Ronald Corley, being duly sworn, state the following:

01.    I have been employed by the United States Postal Inspection Service for the past ten (10) years.  I have been assigned to narcotics investigations for the past 5 years and participated in hundreds of controlled substance investigations involving the transportation of controlled substances or proceeds/payments through parcel delivery services, to include the United States Mails, as well as private delivery couriers such as United Parcel Service (UPS) and Federal Express (FedEx).  During this time I have intercepted or helped in intercepting in excess of two thousand (2000) parcels which were found to have contained controlled substances or the proceeds of controlled substance sales.  I have received training by the United States Border Patrol in the investigation of organizations trafficking and distributing controlled substances.  I have received training by the U.S. Postal Inspection Service (USPIS) in the investigation of controlled substances or the proceeds of narcotics sales being transported through parcel delivery services.

02.    I also rely upon the training and experience of other members of the USPIS Houston Division Narcotics Team.  The team is comprised of five (5) members, three (3) of whom have been assigned to narcotics investigations for at least three (3) years.  During that time, the USPIS Houston Division Narcotics Team has intercepted in excess of five thousand (5,000) parcels which were found to have contained controlled substances or the proceeds of controlled substance sales or moneys furnished or intended to be furnished in exchange for controlled

substances.

03.     Experience and drug trafficking intelligence information gathered by the USPIS have demonstrated that the U. S. Postal Service Express Mail and Priority Mail are frequently utilized by drug traffickers for shipping controlled substances or the proceeds of controlled substance sales or moneys furnished or intended to be furnished in exchange for controlled substances. Use of Express Mail and Priority Mail are favored because of the speed (Express Mail - overnight; Priority mail - two day delivery), reliability, free telephone and Internet package tracking services, as well as the perceived minimal chance of detection.   Express Mail and Priority Mail were originally intended for urgent, business to business, correspondence. Intelligence from prior packages, which were found to contain controlled substances or the proceeds of controlled substance sales or moneys furnished or intended to be furnished in exchange for controlled substances, has indicated that these parcels are usually addressed from an individual to an individual.  Express Mail and Priority Mail are seldom used for individual to individual correspondence.

04.     In an effort to combat the flow of controlled substances through the overnight delivery services, interdiction programs have been established in cities throughout the United States by the USPIS.  These cities have been identified as known 'sources' of controlled substances.  The USPIS conducts an ongoing analysis of prior packages mailed through overnight delivery services, which were found to contain controlled substances or proceeds/payments of controlled substance sales.   The analysis of prior packages, which were found to contain controlled substances or the proceeds of controlled substance sales or moneys furnished or intended to be furnished in exchange for controlled substances, indicated that these parcels are usually sent from an individual to an individual.   In the few cases when overnight delivery packages containing controlled substances or the proceeds of controlled substance sales or moneys furnished or intended to be furnished in exchange for controlled substances, have displayed a business or company name, it has usually proven to be fictitious or used without the owner's knowledge and consent.  Additionally, this analysis has established a series of characteristics which, when found in combination of two (2) or more, have shown a high probability that the package will contain a controlled substance or the proceeds of controlled substance sales or

moneys furnished or intended to be furnished in exchange for controlled substances. Information collected by the USPIS has demonstrated that the presence of these characteristics is significant for delivery services, to include U. S. Postal Service Express Mail, Federal Express, and United Parcel Service. This profile includes, but is not limited to, the following characteristics: package mailed from or addressed to a narcotic source city; package has a fictitious return address; package addressee name is unknown at the destination address; package sender name is unknown at the return address; package has address information which is handwritten; package is mailed to or from a Commercial Mail Receiving Agency (CMRA); package is addressed from an individual to an individual; phone numbers listed on the package are not related to the listed parties or are not in service; packages are wrapped and/or heavily taped; frequency of the mailings is inconsistent with normal use absent a business relationship; and the ZIP Code from where the package is mailed is different than the ZIP Code used in the return address.

05.    The USPIS analysis of prior narcotics packages mailed through overnight delivery services has consistently shown that the identification of 'source' cities has proven to be one of several reliable characteristics used in identifying suspect parcels. This analysis has also demonstrated that narcotics parcels originating from states other than source locations have been consistently found to contain 'designer' drugs, such as Ecstasy, GBL, GHB, Anabolic Steroids, and other similar controlled substances. Generally such 'designer drugs' are not organic and are the product of a laboratory process.

06.    This affidavit is made in support of an application for a Federal search warrant to search United States Postal Service (USPS) Express Mail Parcel EK881105558US (the "Subject Parcel"), described more particularly as follows:

Addressee:            Alex Monroe
                      2611 Greenberry Circle
                      College Station, Texas 77845

| | |
|---|---|
| Sender: | Jeff Bloomfield<br>2344 NW Johnson<br>Portland, OR 97210 |
| Size/Dimensions: | brown cardboard box<br>approximately 15" x 12" x 10" |
| Postmarked: | June 30, 2015 |
| Postmark City: | Portland, OR 97210 |
| Postage Amount: | $69.70 |
| Weight: | 6 pounds, 14 oz |

07.    Prior investigations by Postal Inspectors have identified Portland, OR and surrounding areas as source area for narcotics.  Your affiant knows that the destination city, Houston, TX, has been designated as a source and destination area for narcotics and controlled substances or the proceeds of controlled substance sales or moneys furnished or intended to be furnished in exchange for controlled substances.

08.    On July 1, 2015, I intercepted the subject parcel at 4600 Aldine Bender Road, Houston, TX 77315.   The subject parcel was identified as Express Mail Parcel EK881105558US, addressed to: "Alex Monroe, 2611 Greenberry Circle, College Station, Texas 77845," from: "Jeff Bloomfield, 2344 NW Johnson, Portland, OR 97210."   According to the shipping label, the parcel was mailed on June 30, 2015 from the Portland, OR 97210 Post Office.

09.    On July 1, 2015, I reviewed available public and Postal Service records and determined

the listed return address, "2344 NW Johnson, Portland, OR 97210" was a valid address but the name "Jeff Bloomfield" was not associated with it.  On July 1, 2015, I reviewed available Postal Service records and determined the listed destination address, "2611 Greenberry Circle, College Station, TX, 77845," was a valid address but the name "Alex Monroe" was not associated with it.  I knew based on my training and experience that the use of a fictitious name and/or address along with the handwritten label was indicative of packages which, in the past, have contained controlled substances or the proceeds of controlled substance sales.

10.     On July 1, 2015, the aforementioned subject parcel was exposed to a narcotic detection canine "Chelsea" at 9125 West Sam Houston Parkway North, Houston, TX 77064.  "Chelsea" is handled by J. Lockley, Canine Officer with the Houston Police Department.  Officer Lockley and "Chelsea" are certified as a team in the detection of controlled substances. Officer Lockley and "Chelsea" received their certification through the National Narcotic Detector Dog Association (NNDDA).  "Chelsea" has numerous hours of training in the detection of controlled substances such as Marijuana, Cocaine, Methamphetamine, and Heroin.   "Chelsea" has successfully alerted on concealed controlled substances in numerous prior cases, which has led to the arrest of numerous suspects for drug law violations.   The Subject Parcel was hidden outside the building and "Chelsea" conducted an examination of the area.  Officer Lockley advised me that canine "Chelsea" had a positive alert to the presence of a controlled substance scent inside the subject parcel.

11.     Based on the facts set forth above, there is probable cause to believe that the Subject Parcel contains one or more controlled substances, drug paraphernalia, proceeds of controlled substance sales or moneys furnished or intended to be furnished in exchange for controlled substances, and material relating to the distribution of same.  In the past, all of the above factors have been indicative of packages which contained illegal controlled substances or the proceeds of controlled substance sales or moneys furnished or intended to be furnished in exchange for controlled substances.   The package is currently in the custody of your Affiant.   Affiant, therefore, seeks the issuance of a search warrant for the seizure of this parcel, and the contents contained therein and any other evidence, fruits of crime, and instrumentalities, in violation of

Title 21, United States Code, Sections 841 (a) (1).

_____
Ronald Corley
U. S. Postal Inspector

Subscribed and sworn to before me at Houston, Texas, on this _____ day of July 2015 and I
find probable cause.

_____
Mary Milloy
UNITED STATES MAGISTRATE JUDGE